IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HILDA LUNA, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | NO. 4:23-CV-00734-SDJ |
| SLMP, LLC, | § § | |
| DEFENDANT. | § § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Hilda Luna ("Plaintiff") and Defendant SLMP, LLC ("Defendant" and Plaintiff and Defendant collectively referred to as the "Parties") file this Joint Stipulation of Dismissal with Prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal with prejudice of this action with Plaintiff and Defendant to bear their own respective costs and fees. The Parties request this Court enter the Agreed Order of Dismissal with Prejudice, attached as <u>Exhibit 1</u> to this Joint Stipulation of Dismissal with Prejudice.

Dated: June 12, 2024                                              Respectfully submitted,

*/s/ Christian Jenkins                             /*           */s/ Mark A. Flores*
Christian Jenkins                                                Mark A. Flores
Texas State Bar No. 10625500                                     Texas State Bar No. 24076385
Old Town Office Plaza                                            markflores@littler.com
1307-A W. Abram Street, Suite 200                                James A. McGehee
Arlington, Texas 76013                                           Texas State Bar No. 24132520
Telephone: (817) 461-4222                                        jmcgehee@littler.com
Facsimile: (817) 461-5199
christian@christianjlaw.com                                      LITTLER MENDELSON, P.C.
                                                                 2001 Ross Avenue
ATTORNEY FOR PLAINTIFF                                           Suite 1500, Lock Box 116
                                                                 Dallas, TX  75201.2931
                                                                 Telephone:  214.880.8100
                                                                 Facsimile:  214.880.0181

                                                                 ATTORNEYS FOR DEFENDANT

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HILDA LUNA, | § | |
| PLAINTIFF, | § § § | |
| V. | § § | NO. 4:23-CV-00734-SDJ |
| SLMP, LLC, | § § § | |
| DEFENDANT. | § § § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

In recognition of the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Hilda Luna ("Plaintiff") and Defendant SLMP, LLC ("Defendant") and this Court being otherwise sufficient advised, **IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE** with Plaintiff and Defendant to bear their own respective costs and fees.

This, the _____ day of _____, 2024

4884-5622-2663.1 / 122472-1001